*Sibley & McWhorter* and *Erwin, Rucker & Nix,* contra.

---

### OLIVER *v.* HOLT.

HILL, J. Under the pleadings and evidence in this case none of the assignments of error require a reversal.

*Judgment affirmed. All the Justices concur.*

No. 764.   OCTOBER 16, 1918.

Partition. Before Judge Graham. Johnson superior court. December 19, 1917.

*E. L. Stephens,* for plaintiff in error.   *Evans & Evans,* contra.